156 So.2d 232

**TOWN OF SLIDELL, Louisiana, et al.**

v.

**Hollis R. TEMPLE, etc., et al.**

No. 46890.

Oct. 1, 1963.

Court of Appeal, First Circuit. 155 So.2d 681.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.